# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| MARIA DUARTE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-cv-00432-FM |
| | § | |
| ALLSTATE TEXAS LLOYDS AND | § | |
| ALLEN COLBERT, | § | |
| Defendants. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Maria Duarte and Defendant Allstate Texas Lloyd's file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiff no longer desires to prosecute this suit against Defendants. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiff and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiff's right to refile same.

Respectfully submitted,

*/s/ Cristobal Galindo\**
Cristobal M. Galindo
State Bar No. 24026128
Cristobal M. Galindo P.C.
4151 Southwest Freeway, Suite 602
Houston, Texas 77027
Telephone: (713) 228-3030
Facsimile: (713) 228-3003
StormCase@galindolaw.com

*\* signed with permission*

**ATTORNEY FOR PLAINTIFF**


*/s/ Roger D. Higgins*
Roger D. Higgins
State Bar No. 09601500
Vanessa A. Rosa
State Bar No. 24081769
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:    (214) 871-8209
rhiggins@thompsoncoe.com
vrosa@thompsoncoe.com
astainton@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I hereby certify that on May 7, 2017, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Texas Rules of Civil Procedure:

Christobal M. Galindo
Richard Paxton
Christobal M. Galindo, P.C.
4151 Southwest Freeway, Suite 602
Houston, TX 77027
(713) 228-3030
(713) 228-3003
StormCase@galindolaw.com

              */s/ Ashley Stainton*
              Ashley B. Stainton